hand and Seale of the s<sup>d</sup> Addams dat<sup>d</sup> 29th of may. 1678. w<sup>th</sup> damages: . . . The Jury . . . found for the plaint. five pound in money damage according to bill & costs of Court, Allow<sup>d</sup> twenty one Shilling 4<sup>d</sup>

Execution issued 3<sup>d</sup> may. 1679.

### LIDGETT cont<sup>a</sup> MARE

Elizabeth Lidgett Widdow plaint. cont<sup>a</sup> Henry Mare Defend<sup>t</sup> for witholding the Summe of twenty five pounds ten Shillings due by bill dat<sup>d</sup> 5th January. 1676. with damages. [573] . . . The Jury . . . found for the plaint. twenty five pounds ten Shillings in money damage according to bill and costs of Court.

### BATEMAN &c<sup>a</sup> cont<sup>a</sup> CROW

Joseph How and Iohn Bateman Attournys unto W<sup>m</sup> Beale and Elizabeth his wife plaint<sup>s</sup> cont<sup>a</sup> Christopher Crow Defend<sup>t</sup> for non paym<sup>t</sup> of the Summe of thirteen pounds in money due for Rent of an house which the s<sup>d</sup> Crow hired of them, with due damages. . . . The Jury . . . found for the plaint<sup>s</sup> thirteen pounds in money damage & costs of Court allow<sup>d</sup> twenty six Shillings six pence.

Execution issued 3<sup>d</sup> May: 1679.

### KELLOND cont<sup>a</sup> CHATWELL

Thomas Kellond plaint. cont<sup>a</sup> Nicholas Chatwell Defend<sup>t</sup> in an action of debt of twenty four pounds two Shillings and eight pence in money due by bill bearing date the first day of July. 1678. under the hand of the s<sup>d</sup> Chatwell with damages; . . . The Iury . . . found for the plaint. twenty four pound two Shillings eight pence in money and costs of Court: thirty three Shillings 2<sup>d</sup>

### VSHER cont<sup>a</sup> STODDARD

Hezekiah Vsher and comp<sup>a</sup> Exec<sup>rs</sup> of the last will of m<sup>r</sup> Hez: Vsher dece<sup>d</sup> plaint<sup>s</sup> cont<sup>a</sup> m<sup>r</sup> Anthony Stoddard Defend<sup>t</sup> The plaint. withdrew his Accion.

### PHILLIPS cont<sup>a</sup> LOWLE

Eleazer Phillips or his lawfull Attourny plaint. cont<sup>a</sup> John Lowle Defend<sup>t</sup> in an action of debt of ten pound nine Shillings and eleven

pence in money due by bill dat$^d$ 16th Janur$^o$ 1678. under the hand of s$^d$ Lowle with damages, . . . The Jury . . . found for the plaint. ten pound nine Shillings eleven pence money damage according to bill & costs of Court